IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03042-BNB

VIRGIL DIXON,

      Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

      Defendant.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED November 12, 2014, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

_____
Gordon P. Gallagher
United States Magistrate Judge