IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03042-MEH

VIRGIL DIXON,

      Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 6, 2015**.

      Plaintiff's Unopposed Motion to Modify the Scheduling Order [filed July 5, 2015; docket #18] is **granted**. For good cause shown, paragraph 9 of the Scheduling Order shall be modified as follows:

Discovery cutoff:    August 17, 2015

All other deadlines and conference dates shall remain the same.