IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03042-MEH

VIRGIL DIXON,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 1, 2015**.

    Defendant's Unopposed Motion to Conduct Deposition of Incarcerated Inmate Plaintiff [filed August 31, 2015; docket #23] and Defendant's Unopposed Second Motion to Extend Discovery for the Limited Purpose of Taking the Plaintiff's Deposition and Extending the Dispositive Motions Deadline [filed August 31, 2015; docket #22] are **granted**. Defendant may conduct a deposition of the Plaintiff at the facility where he is located at the time of the deposition. For good cause shown, paragraph 9 of the Scheduling Order shall be modified as follows:

Discovery cutoff:                    September 9, 2015

All other deadlines and conference dates remain the same.