IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-03042-MEH

VIRGIL DIXON,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

The Joint Stipulated Motion to Dismiss with Prejudice [filed October 5, 2015; docket #27] is **granted**. The matter is dismissed with prejudice and all remaining deadlines and conference dates are hereby vacated. Each party will pay his or its own attorney's fees and costs.

Dated at Denver, Colorado this 6th day of October, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge